IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| AMERIHOME MORTGAGE COMPANY, LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| VS. | § § | 1:25-cv-00208 |
| | § | |
| BARBARA N. BRUMLEY; JAMES R. BRUMLEY; and UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, | § § § § § § | |
| Defendants. | | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

AmeriHome Mortgage Company, LLC ("AmeriHome") complains of Defendants, Barbara N. Brumley, James R. Brumley, and United States of America, on behalf of the Secretary of Housing and Urban Development, stating as follows:

**I.     PARTIES & JURISDICTION**

1.     AmeriHome is a Delaware limited liability company, and its principal office address is 1 Baxter Way, Suite 300, Thousand Oaks, CA, 91362.

2.     Defendant Barbara N. Brumley, on information and belief, is a resident of Orange County, Texas, residing at 8 Concord St, Orange, TX 77630 and may be served with process at that address.

3.     Defendant James R. Brumley, on information and belief, is a resident of Orange County, Texas, residing at 8 Concord St, Orange, TX 77630 and may be served with process at that address.

4. Defendant United States of America on behalf of the Secretary of Housing and Urban Development ("HUD"), may be served with process through the Associate General Counsel of Litigation at Office of Litigation, 451 Seventh Street SW, Washington, DC 20410.

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 2410, as AmeriHome seeks to foreclose a lien on real property in which HUD, as an agency of the United States, holds a subordinate lien interest. Section 2410 expressly waives the United States' sovereign immunity in any civil action to foreclose a mortgage or lien where the United States, or an officer thereof, has or claims a lien or other interest in the property. Because the Secretary of HUD, in their official capacity, holds a junior lien on the subject property, this Court has jurisdiction to adjudicate the foreclosure proceedings and determine the rights of all lienholders, including HUD's interest. Additionally, jurisdiction is proper under 28 U.S.C. § 1331, as the matter involves the interpretation and enforcement of federal laws governing HUD's lien rights.

6. The Court has general and specific jurisdiction over all the Defendants that are domiciliary of Texas or have sufficient contact with the forum state. *Daimler AG v. Bauman,* 571 U.S. 117 (2014). The Court has personal jurisdiction over the Secretary of HUD because the Secretary, through its junior lien on real property located within the State of Texas, has purposefully availed itself of the privilege of conducting activities within Texas, thus invoking the benefits and protections of its law. Similarly, the named Defendants, through their respective interests in the real property located within the State of Texas, have purposefully availed themselves, as well. Therefore, the exercise of personal jurisdiction over the named Defendants, including the Secretary of HUD, is consistent with traditional notions of fair play and substantial justice.

7. Venue is proper in the Eastern District of Texas, Beaumont Division under 28 U.S.C. § 1391(b) and 28 U.S.C. § 124(d)(3) because that is the district and division in which at least one Defendant resides, and because that is the district and division in which the real property that is the subject of this action is situated.

## II.  BREACH OF CONTRACT

8. On April 3, 2020, Barbara N. Brumley and James R. Brumley made, executed and delivered to First Savings Bank a certain Promissory Note ("Note"), in writing, whereby Barbara N. Brumley and James R. Brumley promised to pay the amount of $170,848.00 plus interest. A true and correct copy of the Note is attached hereto and incorporated herein by reference as **Plaintiff's Ex. No. 1**. Thereafter, First Savings Bank indorsed the Note and the same was assigned to AmeriHome.

9. On April 3, 2020, Barbara N. Brumley and James R. Brumley executed a certain Deed of Trust ("Security Instrument"), to secure the Note with certain real property, to wit:

> BEING A 0.25 ACRE TRACT OF LAND IN A PART OF THE JOSEPH RICHEY SURVEY, ABSTRACT NUMBER 21, IN ORANGE COUNTY, TEXAS AND BEING THAT SAME CALLED 0.26 ACRE TRACT RECORDED IN CLERK FILE NO. 394577, OFFICIAL PUBLIC RECORDS OF ORANGE COUNTY, TEXAS, SAID 0.25 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:
>
> BEGINNING AT A 1/2-INCH IRON ROD FOUND AT THE SOUTHWEST CORNER OF A 0.05 ACRE TRACT RECORDED IN VOLUME 499, PAGE 947, DEED RECORDS OF ORANGE COUNTY, TEXAS AND BEING IN THE NORTH RIGHT-OF-WAY LINE OF A PUBLIC ROAD KNOWN AS CONCORD STREET, SAID 1/2-INCH IRON ROD HAVING A STATE PLANE COORDINATE VALUE OF Y=10062391.50 AND X=4371477.87;
>
> THENCE, SOUTH 80 DEG. 40 MIN. 16 SEC. WEST, ALONG THE NORTH RIGHT-OF-WAY LINE OF SAID CONCORD STREET FOR A DISTANCE OF 51.79 FEET (RECORD = SOUTH 86 DEG. 39 MIN. 34 SEC. WEST, 52.07 FEET) TO A 1/2-INCH IRON ROD FOUND FOR CORNER;

THENCE, SOUTH 48 DEG. 21 MIN. 22 SEC. WEST, ALONG THE NORTH RIGHT-OF-WAY LINE OF SAID CONCORD STREET FOR A DISTANCE OF 16.91 FEET (RECORD = SOUTH 54 DEG. 16 MIN. 40 SEC. WEST, 16.99 FEET) TO A 1/2-INCH IRON ROD FOUND AT THE SOUTHEAST CORNER OF A 0.369 ACRE TRACT RECORDED IN CLERK FILE NO. 388623, OFFICIAL PUBLIC RECORDS OF ORANGE COUNTY, TEXAS;

THENCE, NORTH 21 DEG. 30 MIN. 04 SEC. WEST, ALONG THE EAST LINE OF SAID 0.369 ACRE TRACT FOR A DISTANCE OF 131.82 FEET (RECORD = NORTH 15 DEG. 31 MIN. 56 SEC. WEST) TO A 60D NAIL FOUND FOR CORNER;

THENCE, NORTH 09 DEG. 21 MIN. 35 SEC. WEST, ALONG THE EAST LINE OF SAID 0.369 ACRE TRACT FOR A DISTANCE OF 15.41 FEET (RECORD = NORTH 03 DEG. 23 MIN. 27 SEC. WEST) TO FENCE FOOTING FOR CORNER;

THENCE, NORTH 80 DEG. 46 MIN. 53 SEC. EAST, ALONG THE REMAINDER OF LOTS 11 AND 12, BLOCK 9, CAMELOT, SECTION THREE, RECORDED IN VOLUME 8, PAGE 50, MAP RECORDS OF ORANGE COUNTY, TEXAS FOR A DISTANCE OF 94.00 FEET (RECORD = NORTH 86 DEG. 45 MIN. 01 SEC. EAST) TO A 60D NAIL IN A FENCE POST FOUND AT THE NORTHWEST CORNER OF SAID 0.05 ACRE TRACT;

THENCE, SOUTH 09 DEG. 16 MIN. 53 SEC. EAST, ALONG THE WEST LINE OF SAID 0.05 ACRE TRACT FOR A DISTANCE OF 135.05 FEET (RECORD = SOUTH 03 DEG. 27 MIN. 15 SEC. EAST, 135.00 FEET) TO THE POINT OF BEGINNING AND CONTAINING 0.25 ACRES OF LAND.

NOTE: BEARINGS, DISTANCES AND COORDINATES REFERENCED TO THE TEXAS STATE PLANE COORDINATE SYSTEM, CENTRAL ZONE (4203), NAD 83. GRID SCALE FACTOR: 0.999909022.

Said real property has a reported mailing address of 8 Concord St, Orange, TX 77630 ("Property").

By executing the Security Instrument, Barbara N. Brumley and James R. Brumley granted a lien on and recourse to the Property for a breach thereunder. A true and correct copy of the Security Instrument filed and recorded in the Official Public Records of Orange County, Texas, on August 13, 2020, as Instrument Number 486477, is attached hereto and incorporated herein by reference as **Plaintiff's Ex. No. 2**.

10. AmeriHome is the record assignee of the Security Instrument under that certain Assignment of Deed of Trust ("Assignment"). A true and correct copy of the Assignment filed and recorded in the Official Public Records of Orange County, Texas, on October 19, 2021, as Instrument Number 510040, is attached hereto and incorporated herein by reference as **Plaintiff's Ex. No. 3**.

11. The Loan was modified by virtue of a Loan Modification Agreement filed and recorded in the Official Public Records of Orange County, Texas, on August 15, 2023, as Instrument Number 534946, a copy of which is attached hereto and incorporated herein by reference as **Plaintiff's Ex. No. 4**.

12. The obligation evidenced by the Note and Security Instrument (and Loan Modification) is also hereinafter referred to as the "Loan."

13. Barbara N. Brumley and James R. Brumley, to AmeriHome's detriment, have failed and refused to pay amounts that have come due under the Loan, although demand for payment has been made. AmeriHome provided to Barbara N. Brumley and James R. Brumley proper notice of the default described herein and its intent to accelerate the indebtedness ("Notice of Default"), a true and correct copy of which is attached hereto and incorporated herein by reference as **Plaintiff's Ex. No. 5**. Each occurrence of non-performance by Barbara N. Brumley and James R. Brumley under the Loan as herein described is a breach thereunder.

14. Barbara N. Brumley and James R. Brumley's continued breach under the Loan has directly and proximately caused damages to AmeriHome in that amounts due to AmeriHome remain unpaid, and in that AmeriHome is incurring fees and expenses to enforce its rights under the Loan and to protect its security interest in the Property.

15.     Barbara N. Brumley and James R. Brumley have not cured the default described in the Notice of Default. Consequently, AmeriHome has, and/or does, hereby exercise its right under the Security Instrument to require immediate payment in full of all sums secured thereunder. AmeriHome's records reflect that the unpaid principal balance due and payable under the Loan and secured under the Security Instrument, exclusive of interest, late fees, costs, advances, attorneys' fees, and attorneys' costs, was $179,767.85 as of November 1, 2023.

16.     For consideration, Barbara N. Brumley and James R. Brumley promised to repay the Loan in installments. Barbara N. Brumley and James R. Brumley breached such promise to the detriment of AmeriHome. Thus, and in accordance with Texas Rule of Civil Procedure 735, AmeriHome is entitled to a judgment quantifying the amount chargeable to the Property in respect of the Loan (including principal, pre-judgment interest, reasonable attorneys' fees and expenses, advances, costs, and post-judgment interest), and foreclosure upon the lien against the Property securing such amount.

### III.   INTEREST OF HUD

17.     Defendant HUD is named herein as a defendant because it claims an interest in the Property under the terms of that certain Partial Claim Deed of Trust filed and recorded on November 15, 2021, as Instrument Number 510967, in the Official Public Records of Orange County, Texas, a copy of which is attached hereto and incorporated herein by reference as **Plaintiff's Ex. No. 6**. This interest is subordinate and inferior to AmeriHome's interest in the Property. Plaintiff is not seeking monetary relief from this Defendant.

### IV.   CONDITIONS PRECEDENT

18.     By virtue of filing this Complaint, AmeriHome hereby accelerates all sums due under the Loan and demands payment in full of the said amount.

19. Barbara N. Brumley and James R. Brumley's failure to comply with this demand entitles AmeriHome to seek foreclosure of the Property.

20. All conditions precedent to the relief requested herein by AmeriHome have been performed or have occurred.

## V. ATTORNEYS' FEES

21. The Loan provides that in the event of foreclosure, and insofar as allowed by Texas Rule of Civil Procedure 735, AmeriHome may be awarded all expenses incurred in pursuing remedies provided for thereunder, including reasonable attorneys' fees and costs, expenses, or advances made necessary or advisable or sustained by AmeriHome because of the default or to protect its security interest. AmeriHome has retained Marinosci Law Group, P.C., and agreed to pay its reasonable attorneys' fees and costs incurred relative to this proceeding and to protect AmeriHome's security interest in the Loan.

## PRAYER

WHEREFORE, AmeriHome Mortgage Company, LLC prays that after service of process is completed as to all Defendants, then the Court quantify the amount chargeable to the Property in respect of the Loan (including, principal, pre-judgment interest, reasonable attorney's fees and expenses, advances, costs, and post-judgment interest) and grant foreclosure upon the lien securing such amount as remedy to AmeriHome for Barbara N. Brumley and James R. Brumley's, breach of contract as herein alleged, deem all junior lienholders' interest in the Property inferior to the superior interest of AmeriHome, and for all other relief Court deems appropriate.

DATE: May 2, 2025

>Respectfully submitted,
>MARINOSCI LAW GROUP, P.C.
>
>*/s/ Sammy Hooda*
>Sammy Hooda / TX State Bar No. 24064032
>16415 Addison Road, Suite 725
>Addison, Texas 75001
>Phone: 401.234.9200 x 3002
>Fax: 972.331.5240
>Email: shooda@mlg-defaultlaw.com
>**ATTORNEYS FOR PLAINTIFF**
>**AMERIHOME MORTGAGE COMPANY, LLC**