**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| AMERIHOME MORTGAGE COMPANY, LLC, *Plaintiff*, | § | |
| v. | § | NO. 1:25-CV-00208-MJT<br>JUDGE MICHAEL TRUNCALE |
| BARBARA N. BRUMLEY, JAMES R. BRUMLEY, UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, *Defendants*. | § | |

ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On July 21, 2026, the Court referred Plaintiff Amerihome Mortgage Company, LLC's ("Amerihome") *Motion for Default Judgment* [Dkt. 25] to United States Magistrate Judge Zack Hawthorn for consideration and disposition. Dkt. 26. On August 11, 2026, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 27], which recommended denying Amerihome's *Motion for Default Judgment* [Dkt. 25] for lack of subject matter jurisdiction. On August 25, 2026, Amerihome filed objections to Judge Hawthorn's *Report and Recommendation*. Dkt. 28.

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(l)(c); FED. R. CIV. P. 72(b)(2)–(3). The Court has reviewed *de novo* Judge Hawthorn's *Report and Recommendation* [Dkt. 27] in light of

Amerihome's objections. The Court concludes that Judge Hawthorn's findings and conclusions of law are correct, and that Amerihome's objections are without merit.

For the same reasons the Court held in *Amerihome Mortgage Company, LLC v. Williams et al*, Amerihome's objection is without merit. *See Amerihome Mortgage Company, LLC v. Williams et al*, No. 1:25-cv-00210-MJT-CLS, Dkt. 27, at 2 (E.D. Tex. July 1, 2026) (finding 28 U.S.C. § 2410 does not provide original jurisdiction).

It is therefore ORDERED that Amerihome's *Objection to Magistrate Judge's Report and Recommendations* [Dkt. 28] is OVERRULED. It is further ORDERED that Judge Hawthorn's *Report and Recommendation Dismissing Case* [Dkt. 27] is ADOPTED. A final judgment will be entered separately, in accordance with the magistrate judge's recommendation.

**SIGNED this 18th day of November, 2026.**

Michael J. Truncale
United States District Judge